# MᶜGINNIS LOCHRIDGE

Ray Chester
rchester@mcginnislaw.com
(512) 495-6051  o
(512) 505-6351  f

ACCEPTED
15-25-00107-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/9/2026 11:31 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/9/2026 11:31:06 AM
CHRISTOPHER A. PRINE
Clerk

January 9, 2026

Christopher A. Prine                    Via E-File
Clerk, Fifteenth Court of Appeals
P. O. Box 12852
Austin, Texas 78711

Re:     Case No: 15-25-00107-CV; *Texas Department of Insurance and Cassie Brown, in her Capacity as Commissioner of the Texas Department of Insurance v. Texas Land Title Association*

To the Honorable 15th Court of Appeals,

I represent Appellee, the Texas Land Title Association, in the above-referenced appeal. The parties have resolved their differences, the trial court case has been nonsuited, and Appellees filed an unopposed motion to dismiss this appeal on Wednesday, January 7, 2026.

In the meantime, the Appellee's brief is due today. In light of the unopposed motion to dismiss, we do not plan to file a brief unless directed by the Court. Please let me know if any further action is required on our part.

Thank you for your consideration and service.

Sincerely,

Ray Chester

RCC/klm

cc:     Rosalind Hunt

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Ray Chester
Bar No. 04189065
kmcbride@mcginnislaw.com
Envelope ID: 109862894
Filing Code Description: Letter
Filing Description: Letter to 15th Court of Appeals
Status as of 1/9/2026 11:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kim McBride | | kmcbride@mcginnislaw.com | 1/9/2026 11:31:06 AM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 1/9/2026 11:31:06 AM | SENT |
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 1/9/2026 11:31:06 AM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 1/9/2026 11:31:06 AM | SENT |
| John Grey | | John.Grey@oag.texas.gov | 1/9/2026 11:31:06 AM | SENT |
| Ray Chester | | rchester@mcginnislaw.com | 1/9/2026 11:31:06 AM | SENT |
| Drew Edge | | aedge@mcginnislaw.com | 1/9/2026 11:31:06 AM | SENT |
| James Brazell | | James.Brazell@oag.texas.gov | 1/9/2026 11:31:06 AM | ERROR |